BAKER, Plaintiff in error, vs. THE STATE, Defendant in error.

*March 21 — April 11, 1893.*

*Criminal law and practice: Supreme court: Appointment of counsel: Bill of exceptions: Suspension of rules of circuit court.*

1. This court will not appoint counsel to defend, at the public expense, persons charged with crime.
2. The rules of the circuit court in respect to the preparation and settlement of a bill of exceptions cannot be suspended by this court in a particular case.

ERROR to the Circuit Court for *Ashland* County. The facts are sufficiently stated in the opinion. *Rublee A. Cole*, for the plaintiff in error. The *Attorney General*, for the defendant in error.

LYON, C. J. Three motions are submitted in behalf of plaintiff in error. They are: (1) That this court appoint counsel for him at the public expense; (2) that Rule XXIV of the circuit court be waived and that court authorized to sign the notes of the court reporter (with exhibits attached)

as the bill of exceptions; and (3) that the record be remitted to the circuit court to the end that the bill of exceptions, when settled, be attached thereto and returned to this court.

1. After the decisions of this court in *State v. Williamson*, 72 Wis. 61; *State v. Wentler*, 76 Wis. 89, 97; and *McDonald v. State*, 80 Wis. 407, denying similar motions, it is idle to move here for the appointment of counsel to defend, at the public expense, persons charged with crime.   The first motion is denied.

2. We have no power to suspend, in a particular case, the rules of the circuit court in respect to the preparation and settlement of a bill of exceptions.   Such rules have the force of statute until abrogated by competent authority. The second motion is denied also.

3. The third motion is granted.   The clerk will remit the record to the circuit court, for the purpose indicated in the motion.

*By the Court.*— Ordered accordingly.